

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-85,838-02

### EX PARTE VICTOR CARDENAS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 2015CR10429-W1 IN THE 227TH DISTRICT COURT FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young,* 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery with a deadly weapon and sentenced to 6 years' confinement.

The trial court entered findings of fact and conclusions of law recommending that Applicant's claim challenging the denial of street time credit following the revocation of his parole be denied. The State observed that Applicant had not received 83 days of pre-trial jail time credit for his detention on this charge in Oklahoma. The trial court has the authority to correct this error, if any, via a nunc pro tunc judgment. *Ex parte Ybarra,* 149 S.W.3d 147, 148 (Tex. Crim. App. 2004).

However, a pre-trial jail time credit claim is not properly raised on habeas review. *Id.*

After a review of the record and the findings, we agree that Applicant's street-time credit claim is without merit. Therefore, we deny relief. *Ex parte Torres,* 943 S.W.2d 469, 472 (Tex. Crim. App. 1997). Applicant's claim for pre-sentence jail time credit is dismissed. *Ybarra,* 149 S.W.3d at 148-49; *Ex parte Florence,* 319 S.W.3d 695 (Tex. Crim. App. 2010).

Filed: December 21, 2022
Do not publish